*O-send*

FILED
CLERK, U.S. DISTRICT COURT

APR 2 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: *12 CR 224 DMG* |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| *Ken Carl Martinez* Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of CA_ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _see PSA rep.t_

1

2

3

4 and/or

5 B. (✓) The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 on: _____ See PSA report _____

10

11

12

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: _____ 4/25/14 _____

18

19

20 UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28